# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RODNEY NASH

VERSUS

CROWN OILFIELD SERVICES,
INC.

NO.   2026 CW 0272

**MAY 05, 2026**

---

In Re:   Crown Oilfield Services, Inc. and Starstone National Insurance Company, applying for supervisory writs, Office of Workers' Compensation, District 9, No. 25-06504.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per curiam) are not met.

**SMM**
**WEF**

**Edwards, J.**, dissents and would grant the writ. Under La. R.S. 23:1121(B)(1), an employer may refuse to authorize a claimant from exercising his right to choose an initial specialist in any field upon a showing of "good cause" for the refusal. In this case, defendant, Crown Oilfield Services, Inc., submitted an affidavit of its Health and Safety Manager, Chet Lambert, attesting that plaintiff, Rodney Nash, first reported an accident to him on October 13, 2025, which plaintiff asserted occurred on October 11, 2025. After Lambert and plaintiff reviewed video footage and were unable to identify an accident, plaintiff changed the date of the accident to October 1, 2025. Lambert also reviewed the footage for that date and attested it did not depict an accident. Based on the facts and circumstances of this case, defendant met its burden of showing "good cause" for its refusal in accordance with La. R.S. 23:1121(B)(1). Accordingly, I would reverse the ruling of the Office of Workers' Compensation and deny plaintiff's Motion for Authorization of Initial Evaluation With Claimant's Choice of Orthopedic Surgeon.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT